B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of Florida

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>QOC I LLC | **Name of Joint Debtor (Spouse)** (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>26-1630965 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>5901 Broken Sound Parkway, NW<br>Suite 200<br>Boca Raton, FL        ZIP Code: 33487 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Palm Beach | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code: |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other _____

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] OVER 100,000 |

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [X] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [X] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| B1 (Official Form 1)(4/10) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**QOC I LLC** | |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **QOC I LLC** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X**  **/s/ Glenn D. Moses**
Signature of Attorney for Debtor(s)

 **Glenn D. Moses 174556**
Printed Name of Attorney for Debtor(s)

 **Genovese Joblove & Battista, P.A.**
Firm Name

 **100 S.E. Second Street**
 **Suite 4400**
 **Miami, FL 33134**
Address

 **305-349-2300  Fax: 305-349-2310**
Telephone Number

 **October 1, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Steven M. Shapiro**
Signature of Authorized Individual

 **Steven M. Shapiro**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

 **October 1, 2010**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

ACTION BY UNANIMOUS WRITTEN CONSENT

OF THE MEMBER AND THE INDEPENDENT MANAGER

OF

QOC I LLC

A Delaware Limited Liability Company

Oct__, 2010

The undersigned, Q Opportunity Company LLC, being the sole member (the "Member"), of QOC I LLC, a Delaware limited liability company (the "Company"), and Lori Cooney, being the Independent Manager of the Company (the "Independent Manager"), sufficient to approve the transactions set forth herein, acting pursuant to Section 18-404(d) of the Delaware Limited Liability Company Act, do hereby consent to the adoption of, and do hereby adopt, the following resolutions.

**WHEREAS**, the Member and the Independent Manager have each determined (the "Chapter 11 Determination") that it is in the best interest of the Company and its creditors, the Member and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11, Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"); and

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that in the judgment of the Member and the Independent Manager, taking into consideration the Chapter 11 Determination, it is desirable and in the best interest of the Company, its creditors, the Member, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11, Title 11 of the Bankruptcy Code (the "Bankruptcy Proceedings"), and the filing of such petition is authorized hereby; and be it

**FURTHER RESOLVED**, that the officers of the Company (each, an "Authorized Officer" and collectively, the "Authorized Officers") be, and each one of them hereby is, appointed by the Member and the Independent Manager as an authorized signatory of the Company in connection with the Bankruptcy Proceedings authorized herein (the foregoing resolutions, collectively, the "IM Resolutions"); and be it

**FURTHER RESOLVED**, that the Authorized Officers be, and each one of them hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary, proper or desirable in connection with the Bankruptcy Proceedings; and be it

**FURTHER RESOLVED**, that the law firm of Cole, Schotz, Meisel, Forman & Leonard, P,A. and Genovese Joblove & Battista, P.A., each be, and hereby is, retained and employed as counsel for the Company in connection with the Bankruptcy Proceedings; and be it

**FURTHER RESOLVED**, that the Authorized Officers be, and each one of them hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to retain such other professionals as deemed appropriate during the course of the Bankruptcy Proceedings; and be it

**FURTHER RESOLVED**, that all actions lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code, or in connection with the Bankruptcy Proceedings and any matter related thereto, be, and they hereby are, adopted, ratified, confirmed and approved in all respects; and be it

**FURTHER RESOLVED**, that the filing of a voluntary bankruptcy petition by the Company shall not be an event of dissolution, but rather the Company shall continue the business of the Company after such filing; and be it

**FURTHER RESOLVED**, that any amendment to the Amended and Restated Limited Liability Company Agreement of the Company necessary to (i) correct a clerical error, (ii) waive an event of dissolution, (iii) waive an event of withdrawal, or (iv) otherwise effect the continuation of the business of the Company upon the filing of a voluntary bankruptcy petition is hereby approved and each of the Authorized Officers be, and they hereby are, authorized, directed and empowered to execute and deliver such amendment; and be it

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any Authorized Officer in connection with the Bankruptcy Proceedings or any further action to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code, or in connection therewith or related thereto, be, and hereby are, adopted, ratified, confirmed and approved; and be it

**FURTHER RESOLVED**, that all actions previously taken by any Authorized Officer or counsel with respect to the matters contemplated by these resolutions are hereby adopted, ratified, confirmed and approved in all respects.

**IN WITNESS WHEREOF,** the undersigned, being the Member and the Independent Manager of QOC I LLC, have executed this written consent as of the date first written above.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK, SIGNATURE PAGE FOLLOWS]

2

QOC I LLC

By: Q Opportunity Company LLC, its sole member

By: Q Capital Strategies, LLC, its Managing Member

By: _____
    Name:      Steven M. Shapiro
    Title:     President

_____
Lori Cooney, Independent Manager*

*The Independent Manager's execution of this Action By Unanimous Written Consent Of The Member And The Independent Manager Of QOC I LLC (the "Action"), is only with respect to the IM Resolutions set forth above and the Independent Manager does not execute this Action with respect to, consent to, or adopt any other resolution stated herein.*

QOC I LLC

By: Q Opportunity Company LLC, its sole member

By: Q Capital Strategies, LLC, its Managing Member

By:_____
    Name:     Steven M. Shapiro
    Title:      President

_____
Lori Cooney, Independent Manager*

*The Independent Manager's execution of this Action By Unanimous Written Consent Of The Member And The Independent Manager Of QOC I LLC (the "Action"), is only with respect to the IM Resolutions set forth above and the Independent Manager does not execute this Action with respect to, consent to, or adopt any other resolution stated herein.*

# United States Bankruptcy Court
## Southern District of Florida

In re  **QOC I LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 1, 2010**

**/s/ Steven M. Shapiro**
**Steven M. Shapiro**/

```
Delaware Division of Revenue
8th Floor
820 N. French Street
Wilmington, DE 19801


Deloitte Tax LLP
Deloitte Tax LLP 200 South Biscayne Blvd
Miami, FL 33131-2310


Habersham Funding, LLC
Building 11, Piedmont Center
3495 Piedmont Road NE, Suite 910
Atlanta, GE 30305


Internal Revenue Service
7850 Sw 6th Ct
Plantation, FL 33324


Mayer Brown LLP
230 South LaSalle Street
Chicago, IL 60604-1404


Q Capital Strategies, LLC
5901 Broken Sound Parkway, NW
Suite 200
Boca Raton, FL 33487


Securities And Exchange Commission
3475 Lenox Road N.E. # 1000
Atlanta, GA 30326-1232


State Of Florida Department Of Revenue
Po Box 6668
Tallahassee, FL 32314


Towers Watson Risk Consulting, Inc
901 North Glebe Road
Arlington, VA 22203


United States Trustee - Miami
51 SW 1st Ave # 1204
Miami, FL 33130
```

```
Wells Fargo Bank NA
299 South Main Street, 12th FL
MAC U1228-120
Salt Lake City, UT 84111


Wells Fargo Bank NA
One Wachovia Center
301 South College Street
Charlotte, NC 28202
```